PAUL J. FISHMAN
United States Attorney
CHARLES GRAYBOW
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-353-6094
Fax.: 973-297-2010
e-mail: charles.graybow@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ELIZABETH FLANAGAN,<br><br>*Plaintiff and Relator*,<br><br>v.<br><br>DR. VISHAL BAHAL, D.O. & ADVANCED CARDIOLOGY OF SOUTH JERSEY,<br><br>*Defendants*. | Hon. Noel L. Hillman<br><br>*Civil Action No.* 12-2216 (NLH)<br><br>**ORDER** |

### FILED IN CAMERA AND UNDER SEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS on this 13th day of February, 2015,

ORDERED that:

1. The Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline to Intervene, which the relator will serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

_____
HON. NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey