AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____ **NEW JERSEY** _____

UNITED STATES OF AMERICA and the STATE OF NEW
JERSEY, ex rel., ELIZABETH FLANAGAN,

Plaintiff (s),

v.

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

DR. VISHAL BAHAL, D.O. and ADVANCED CARDIOLOGY
OF SOUTH JERSEY,          Defendant (s),

**CASE NUMBER:** _____ 1:12-cv-02216-NLH _____

Notice is hereby given that, subject to approval by the court, _____ ELIZABETH FLANAGAN _____ substitutes

(Party (s) Name)

Ross M. Wolfe _____ , State Bar No. _____ 09379-2014 _____ as counsel of record in

(Name of New Attorney)

place of _____ John Mininno _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____ THE WEISER LAW FIRM, P.C. _____

Address: _____ 22 CASSATT AVE., BERWYN, PA 19312 _____

Telephone: _____ (610) 228-0295 _____ Facsimile _____ (610) 408-8062 _____

E-Mail (Optional): _____ RMW@WEISERLAWFIRM.COM _____

I consent to the above substitution.

Date: _____ 3/11/15 _____        _____ Elizabeth Flanagan _____

(Signature of Party (s))

I consent to being substituted.

Date: _____ 3/3/15 _____        _____ John Mininno _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ 3/3/2015 _____        _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                     _____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]