**THE WEISER LAW FIRM, P.C.**
Christopher L. Nelson
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 249-0005
Facsimile: (610) 408-8062
Email: cln@weiserlawfirm.com

*Attorneys for Relator*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW JERSEY, *ex rel.*, ELIZABETH FLANAGAN<br><br>Plaintiffs,<br><br>vs.<br><br>DR. VISHAL BAHAL, D.O. and ADVANCED CARDIOLOGY OF SOUTH JERSEY,<br><br>Defendants, | Civil Action No.: 1:12-cv-02216-NLH<br><br><br><br><br><br>**CERTIFICATION OF CHRISTOPHER L. NELSON IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

CHRISTOPHER L. NELSON, of full age, certifies as follows:

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania and a partner of the The Weiser Law Firm, P.C., attorneys for Relator in the above matter. I am fully familiar with the facts contained herein based upon my personal knowledge. I make this certification in support of my application to be admitted *pro hac vice* in the above matter.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, admitted on October 13, 2000. I am also admitted before the United States District Court for the Eastern District of Pennsylvania (admitted on October 15, 2000), United States Court of Appeals for the Second Circuit (admitted on July 17, 2007), United States Court

1

of Appeals for the Third Circuit (admitted on May 4, 2006), United States Court of Appeals for the Fourth Circuit (admitted on October 9, 2002), United States Court of Appeals for the Fifth Circuit (admitted on August 25, 2010), United States Court of Appeals for the Ninth Circuit (admitted on October 1, 2004), United States Court of Appeals for the Tenth Circuit (admitted on September 14, 2011), United States Court of Appeals for the Eleventh Circuit (admitted on September 14, 2007), and the United States Supreme Court (admitted on April 8, 2004). The names and addresses of the offices maintaining the rolls of members of the bar in these jurisdictions are as follows:

| | |
|---|---|
| Pennsylvania | Supreme Court of Pennsylvania<br>468 City Hall<br>Philadelphia, PA 19107 |
| Eastern District of Pennsylvania | Attorney Admissions Clerk<br>U.S. District Court, Eastern District of Pennsylvania<br>2609 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| Second Circuit | Attorney Admissions<br>U.S. Court of Appeals for the Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| Third Circuit | Office of the Clerk<br>Attn: Attorney Admissions<br>U.S. Court of Appeals for the Third Circuit<br>James A. Byrne United States Courthouse<br>601 Market Street<br>Philadelphia, PA  19106 |
| Fourth Circuit | Clerk of the United States Court of Appeals<br>Attn: Attorney Admissions<br>U.S. Court of Appeals for the Fourth Circuit<br>1100 E. Main Street, Suite 501<br>Richmond, VA 23219-3517 |
| Fifth Circuit | Clerk of Court<br>Attorney Admissions and Renewals<br>U.S. Court of Appeals for the Fifth Circuit<br>600 S. Maestri Place<br>New Orleans, LA 70130 |

| | |
|---|---|
| Ninth Circuit | Office of the Clerk<br>Attn: Attorney Admissions<br>U.S. Court of Appeals for the Ninth Circuit<br>James R. Browning Courthouse<br>U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103-1526 |
| Tenth Circuit | Office of the Clerk<br>Attn: Attorney Admissions<br>U.S. Court of Appeals for the Tenth Circuit<br>Byron White United States Courthouse<br>1823 Stout Street<br>Denver, CO 80257 |
| Eleventh Circuit | Clerk, U.S. Court of Appeals<br>Attorney Admissions<br>U.S. Court of Appeals for the Eleventh Circuit<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 |
| Supreme Court | Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 |

3. I am a member in good standing in each of the court systems set forth in the preceding paragraph. I have not been disciplined by any of the above bars and I am not presently the subject of any disciplinary proceedings.

4. The law firm of The Mininno Law Offices, 475 White Horse Pike, Collingswood, NJ 08107, Tel. (856) 833-0600 is serving as local counsel on behalf of our client in accordance with L. Civ. R. 101.1(c).

5. I understand that if I am admitted to appear and participate *pro hac vice*:

(a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules, and L. Civ. R. 101.1;

(b) I shall consent to the disciplinary jurisdiction of this Court and to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon

whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

(c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

(d) I shall have all pleadings, briefs, and other papers filed with the court signed by an attorney of record authorized to practice in this state;

(e) no delay in discovery, motions, trial, or any other proceeding shall occur or be requested by reason of my inability to be in attendance; and

(f) I will pay the $150 fee provided by L. Civ. R. 101.1 and the annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each calendar year in which this case is pending.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 17, 2015

4