}

**THE MININNO LAW OFFICES**
John R. Mininno
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 833-0600
Facsimile: (856) 833-9649
Email: jrm@nhcagroup.com

*Attorneys for Relator*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW JERSEY, *ex rel*., ELIZABETH FLANAGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DR. VISHAL BAHAL, D.O. and ADVANCED CARDIOLOGY OF SOUTH JERSEY,<br><br>Defendants, | ) Civil Action No. 1:12-cv-02216-NLH<br>)<br>)<br>)<br>) **APPLICATION AND CERTIFICATION**<br>) **OF JOHN R. MININNO IN SUPPORT**<br>) **OF APPLICATION FOR ADMISSION**<br>) ***PRO HAC VICE* OF CHRISTOPHER L.**<br>) **NELSON**<br>)<br>)<br>) |

JOHN R. MININNO, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and an associate of the firm The Mininno Law Offices, 475 White Horse Pike, Collingswood, NJ 08107, Tel. (856) 833-0600, co-counsel for Relator in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this certification in support of Relator's application to admit *pro hac vice* Christopher L. Nelson as counsel for Relator.

3. Christopher L. Nelson is a partner with the firm of The Weiser Law Firm, P.C., located at 22 Cassatt Avenue, Berwyn, PA 19312.

1

4. Christopher L. Nelson has advised me that he is a member in good standing of the bars of the Commonwealth of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, and United States Supreme Court.  He is not under suspension, nor has he ever been suspended or disbarred from any court.  Christopher L. Nelson is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Christopher L. Nelson, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Relator in this matter.

6. Pursuant to Local Civil Rule 101.1(c)(4), my firm has entered appearance in this action, attends all court appearances on behalf of Relator, and agrees to accept service of all notices, orders, and pleadings in this action.  I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter.  I agree to be responsible for the conduct of the above-named counsel should they be admitted *pro hac vice*.

7. I will make certain that the attorneys to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

8. Accordingly, I respectfully request that this Court enter an Order admitting Christopher L. Nelson *pro hac vice* in this action.

3

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   March 20, 2015

*s/ JOHN R. MININNO*